UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 04, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: WHIRLPOOL CORP. FRONT-LOADING**
**WASHER PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Victoria Poulsen v. Whirlpool Corp., | ) | |
| E.D. California, C.A. No. 2:09-816 | ) | MDL No. 2001 |

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On December 2, 2008, the Panel transferred four civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 588 F.Supp.2d 1365 (J.P.M.L. 2008). Since that time, one additional action has been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable James S. Gwin.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Gwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 2, 2008, and, with the consent of that court, assigned to the Honorable James S. Gwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 20, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel